**Michael A. RIVERA, Petitioner—
Appellant,**

v.

**State of ARIZONA ATTORNEY GEN-
ERAL and Charles L. Ryan, Re-
spondents—Appellees.**

No. 09–16119.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 16, 2012.

Filed Feb. 23, 2012.

Michael A. Rivera, pro se.

Katia Mehu, Assistant Attorney Gener-
al, Arizona Attorney General's Office,
Phoenix, AZ, for Respondents–Appellees.

Before: GRABER, BERZON, and
TALLMAN, Circuit Judges.

MEMORANDUM *

Petitioner Michael A. Rivera appeals the
denial of his habeas corpus petition, filed
pursuant to 28 U.S.C. § 2254. In denying
Petitioner's petition, the district judge ac-
cepted and adopted a magistrate judge's
report that recommended denying the pe-
tition as untimely. That report also con-
tained an alternative ruling that, even if
the petition were timely, Petitioner would
not be entitled to relief, because all of his
claims were either procedurally barred,
not exhausted, or substantively not cogni-
zable on federal habeas. On appeal, Peti-
tioner challenges only the untimeliness
portion of the district court's decision.

Having failed to raise, in his opening
brief, a challenge to any part of the alter-
native holding, Petitioner has now waived
the opportunity to do so. *See Smith v.
Marsh,* 194 F.3d 1045, 1052 (9th Cir.1999)
("[A]rguments not raised by a party in its
opening brief are deemed waived."). Even
though the certificate of appealability did

---

* This disposition is not appropriate for publica-
tion and is not precedent except as provided
by 9th Cir. R. 36–3.

not encompass any issue relating to the merits holding, our rules permit briefing of uncertified issues. *See* 9th Cir. R. 22–1(e) ("[I]f a petitioner concludes during the course of preparing the opening brief, that an uncertified issue should be discussed in the brief, the petitioner shall first brief all certified issues under the heading, 'Certified Issues,' and then, in the same brief, shall discuss any uncertified issues under the heading, 'Uncertified Issues.' "). Because the unchallenged alternative holding is independently sufficient to decide the case, we need not and do not decide the timeliness-related issues.

**AFFIRMED.**